BEFORE THE FIRST DIVISION, AUGUST 26, 1954

**No. 58335.**—John Wanamaker, New York *v.* United States, protest 141049–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to that the subject of Abstract 57673, the claim of the plaintiff was sustained.